# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID L. WILLIAMS

NO. 2023 KW 0333

**MAY 25, 2023**

---

In Re:    David L. Williams, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-13-0241.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** The records of the Clerk of Court of East Baton Rouge Parish reflect that the district court is proceeding toward disposition of relator's application for postconviction relief, filed February 8, 2021.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT